**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA

v.                                                      No. 2:23-cr-00048-JAW

ALEXIS HODGES

PROSECUTION VERSION

If this case were to proceed to trial, the United States would prove the following

beyond a reasonable doubt based on admissible evidence, including bank records,

business records, and witness testimony:

From about November 27, 2019, and continuing until about October 12, 2021,

Alexis Hodges knowingly and willfully devised and intended to devise a scheme and

artifice to defraud, and to obtain money and property by means of materially false and

fraudulent pretenses, representations and promises. To execute the scheme, Hodges

presented, or caused to be presented, Victim 1's bank account information to vendors

and payees to whom she, her family members, and her business owed money in order to

pay expenses for herself, her family members, and her business, without Victim 1's

knowledge or consent.

Victim 1, a business in Kennebunk, Maine, held a bank account in its name at TD

Bank in Kennebunk, Maine ("the Victim 1 Account"). On about September 27, 2021,

Victim 1 reported to the Kennebunk Police Department that, in reviewing its bank

statements, it had found numerous unauthorized payments from the Victim 1 Account.

The unauthorized payments included, among others, payments to Main Street Renewal

LLC, Progressive Corporation, Capital City Bank, and First Premier Bank. The case was

referred to the United States Secret Service for investigation.

Alexis Hodges was a resident of Atlanta, Georgia.

On about June 28, 2019, Hodges signed a residential lease agreement with Main Street Renewal LLC to lease a property in Atlanta, Georgia.

On about September 2, 2020, Hodges took out an insurance policy from Progressive Corporation on a van for a business she owned.  On about April 17, 2021, Hodges took out another insurance policy from Progressive Corporation on the van for her business.

On about May 22, 2019, Hodges took out an auto loan with Capital City Bank.

On about May 18, 2020, Hodges was approved for a credit card account with First Premier Bank.  On about June 26, 2021, Hodges was approved for a second credit card account with First Premier Bank.

In executing the scheme to defraud and obtain money or property, Hodges caused to be transmitted wire communications in interstate commerce as set forth below:

| Approximate Date | Description |
|---|---|
| 11/4/2020 | Electronic payment of approximately $1,447.17 from the Victim 1 Account to Main Street Renewal. |
| 11/9/2020 | Electronic payment of approximately $3,294.02 from the Victim 1 Account to Progressive Insurance. |
| 12/3/2020 | Electronic payment of approximately $1,447.17 from the Victim 1 Account to Main Street Renewal. |
| 1/4/2021 | Electronic payment of approximately $1,447.17 from the Victim 1 Account to Maine Street Renewal. |
| 1/6/2021 | Electronic payment of approximately $1500 from the Victim 1 Account to Capital City Bank. |

| | |
|---|---|
| 2/4/2021 | Electronic payment of approximately $1,447.17 from the Victim 1 Account to Main Street Renewal. |
| 3/11/2021 | Electronic payment of approximately $1,305.92 from the Victim 1 Account to Capital City Bank. |
| 5/11/2021 | Electronic payment of approximately $1700 from the Victim 1 Account to Capital City Bank. |
| 7/12/2021 | Electronic payment of approximately $7,220.60 from the Victim 1 Account to Progressive Insurance. |
| 9/5/2021 | Electronic payment of approximately $611 from the Victim 1 Account to First Premier Bank. |
| 9/20/2021 | Electronic payment of approximately $500 from the Victim 1 Account to First Premier Bank. |

In addition to making or causing the payments in the chart above, Hodges made or attempted, or caused to be made or attempted, other payments from the Victim 1 Account. As part of the scheme to defraud and obtain money or property, Hodges made or attempted, or caused to be made or attempted, unauthorized payments from the Victim 1 Account totaling about $99,571.

Dated at Portland, Maine this 8th day of May, 2024.

Darcie N. McElwee
United States Attorney


*/s/ Sean M. Green*
Sean M. Green
Assistant United States Attorney

CERTIFICATE OF SERVICE

I filed this document by ECF on May 8, 2024, thereby causing service to be made on all counsel of record.

/s/ Sean M. Green
Sean M. Green
Assistant United States Attorney